

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

William T. Walsh, Clerk
USDC for the District of New Jersey
Martin Luther King, Jr. Federal Building & U. S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

**Re: MDL No. 1869 –-In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

Dust Pro, Inc. v. CSX Transportation, Inc., et al.
   Your Case Number: C.A. No. 2:07-2251    Our Case Number: CA No. 1-07-2061

Dear Clerk of Court:

    Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above case to the United States District Court for the District of Columbia.

    At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov**
**Please make reference to our new case number in your transmittal letter.**

               Sincerely,

               Katherine Snuffer, Deputy Clerk
               (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation